No. 05–202. KEANE v. FOX TELEVISION STATIONS, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 05–211. STETLER ET VIR v. SRN ENTERPRISES, INC. Ct. App. Ky. Certiorari denied.

No. 05–213. HATCHER v. PEED, JUDGE, SUPERIOR COURT OF GEORGIA, EFFINGHAM COUNTY. C. A. 11th Cir. Certiorari denied.

No. 05–217. DJM, LTD. v. ISLAND YACHTING MANAGEMENT, INC., ET AL. C. A. 11th Cir. Certiorari denied.

No. 05–218. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION v. COLEMAN. C. A. 5th Cir. Certiorari denied.

No. 05–220. BRUCE ET AL. v. HEFFELFINGER, UNITED STATES ATTORNEY, DISTRICT OF MINNESOTA, ET AL. C. A. 8th Cir. Certiorari denied.

No. 05–221. JUPITER v. GONZALES, ATTORNEY GENERAL. C. A. 1st Cir. Certiorari denied.

No. 05–228. UDARBE v. GONZALES, ATTORNEY GENERAL. C. A. 7th Cir. Certiorari denied.

No. 05–231. KULESA v. SMALL ET UX. Ct. App. Ark. Certiorari denied.

No. 05–233. CAMPBELL v. REGENTS OF THE UNIVERSITY OF CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 05–239. HEALTHPATH OF MERCER COUNTY, INC. v. AETNA, INC., ET AL. C. A. 11th Cir. Certiorari denied.

No. 05–240. FISHER v. TEXAS. Sup. Ct. Tex. Certiorari denied.

No. 05–241. BANKOLE v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 2d Cir. Certiorari denied.